UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JANE GRANVILLE, *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>*v.* )<br>)<br>REPUBLIC OF SUDAN, )<br>)<br>*Defendants.* )<br>) | Civil Action No. 1:16-cv-1894 (JDB) |

## JOINT STATUS REPORT

Plaintiffs Jane Granville and Kathleen McCabe, individually and as the representatives of the Estate of John Granville and Defendant the Republic of the Sudan respectfully submit this Status Report in response to the Court's Minute Order of January 30, 2018. As of March 30, 2018, the parties have agreed in principle to arbitrate this action and continue to negotiate the terms of the arbitration agreement. The parties will continue to apprise this Court of the status of the negotiations.

March 30, 2018                                                    Respectfully submitted,

**WHITE & CASE**LLP

/s/ Claire A. DeLelle                                              /s/ Michelle L. Merola
Christopher M. Curran (D.C. Bar No. 408561)   Michelle L. Merola
Nicole Erb (D.C. Bar No. 466620)                        HODGSON RUSS LLP
Claire A. DeLelle (D.C. Bar No. 974945)            60 Railroad Place
701 Thirteenth Street, N.W.                                 Suite 300
Washington, D.C., 20005-3807                            Saratoga Springs, New York 12866
(202) 626-3600                                                       (518) 736-2900
ccurran@whitecase.com                                       mmerola@hogsonruss.com
nerb@whitecase.com
claire.delelle@whitecase.com                              *Attorney for Plaintiffs*

*Attorneys for Defendant*