UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE GRANVILLE and KATHLEEN McCABE,
Individually and as the representatives of the
ESTATE OF JOHN GRANVILLE,

                              Plaintiffs,

   v.                                          Civil Action No. 1:16-cv-1894

REPUBLIC OF SUDAN,

                              Defendant.

## PLAINTIFFS' NOTICE OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice that the above-captioned action is voluntarily dismissed with prejudice.

Dated: Buffalo, New York
         May 4, 2018

                              **HODGSON RUSS LLP**
                              *Attorneys for Plaintiffs*


                              By: s/Michelle L. Merola
                                  Michelle L. Merola (Bar ID 451413)
                              60 Railroad Place, Suite 300
                              Saratoga Springs, New York 12866
                              (518) 736-2900